IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

PENSION AMERICA, INC.,
SELECTIVE FUTURES MANAGEMENT, LLC,
FUTURES PROFIT MAKING, LLC,
SPECIALIZED COMMODITY TIMING, LLC,
COMMODITY TIMING SPECIALISTS, LLC,
EDWARD STEVENSON KIRRIS III,
LEONARD G. NAUMAN D/B/A
NAUMAN ADVISORY SERVICES
and WILLIAM RELF,

Defendants,

And

KIDZ FIRST INTERNATIONAL, INC.,

Relief Defendant.

Civil Action No.
00-2017 RHK/SRN

ORDER GRANTING LEAVE TO TAKE EXPEDITED DISCOVERY

Upon the motion of the Plaintiff, and it appearing to the Court that there is a need to permit expedited discovery in this case to ensure the protection of the interests of the customers of the defendants,

IT IS HEREBY ORDERED that Plaintiff is granted leave to take expedited discovery for the purposes of seeking the defendants' financial records from banks and other financial institutions and discovering the location of the assets of the defendants.

Date: 9/11/00

United States District Judge

FILED SEP 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________