**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

PENSION AMERICA, INC., et al.,

Defendants,

and

KIDZ FIRST INTERNATIONAL, INC.,

Relief Defendant.

Court File No. 00 Civ. 2071 RHK/SRN

**ORDER**

**IT IS HEREBY ORDERED** that the Report of Relief Defendant Kidz First International, Inc. (Made under the Auspices of the Limited Receiver, Greene Espel, P.L.L.P.) (Docket No. 25) shall be filed under seal until further order of this Court.

Dated: November 2, 2000.

Richard H. Kyle
United States District Judge

NOV 2 2000
FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______