UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Commodity Futures Trading Commission,**

**Plaintiff,**

**v.**

**Pension America, Inc, Futures Profit Making, LLC, Selective Futures Management, LLC, Specialized Commodity Timing, LLC, Edward Stevenson Kirris, III, Leonard G. Nauman d/b/a Nauman Advisory Services and William Relf, Kidz First International, Inc.**

**Defendants.**

**Civil No.00-2071 (RHK/SRN)**

**ORDER**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated March 26, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for the Sale of Kidz First International Inc.'s Assets (Doc. No. 33) is **GRANTED**;

2. The Limited Receiver be authorized to take immediate possession of and sell the assets of Kidz First International, Inc.;

   a. Pursuant to Judge Richard H. Kyle's November 28, 2000, and December 20, 2000, Orders (Doc. Nos. 32, 36) the Limited Receiver be authorized to

FILED APR 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

obtain $10,183.57 in fees from the assets of Kidz First International, Inc.; and

b. Any remaining funds be set aside in a deposit account until the conclusion of this matter.

DATED: 4/17, 2001.

Judge Richard H. Kyle
United States District Court Judge