**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

PENSION AMERICA, INC., et al.,

Defendants,

and

KIDZ FIRST INTERNATIONAL, INC.,

Relief Defendant.

Court File No. 00 Civ. 2071 RHK/SRN

**ORDER**

On April 17, 2001, the Court granted the Plaintiff's Motion for the Sale of Kidz First International, Inc.'s Assets. The Court authorized the Limited Receiver to sell the assets and to obtain $10,183.57 in fees from the proceeds of the sale. That amount of fees represents the aggregate of the Limited Receiver's first two requests for payment of fees which this Court had previously approved.

The amount does not take into account the Limited Receiver's third request for payment of fees in the amount of $12,771.12, which the Court only recently granted, on April 10, 2001. Accordingly, the Court is issuing this order to clarify that, upon sale of the assets, the Limited Receiver may obtain $22,954.69 in fees, representing the aggregate of all three of the Limited Receiver's approved requests for payment of fees.

FILED APR 25 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IT IS HEREBY ORDERED** that:

1. Paragraph 2(a) of the Court's Order dated April 17, 2001 is amended to read as follows:

> "Pursuant to Judge Richard H. Kyle's November 28, 2000, December 20, 2000 and April 10, 2001 Orders (Doc. Nos. 32, 36 and 56), the Limited Receiver is authorized to obtain $22,954.69 in fees from the assets of Kidz First International, Inc."

Dated: April 25, 2001.

Richard H. Kyle
United States District Judge