CV00-2071
RHK/SRN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle as of **November 1, 2001. Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: May 21, 2001.

MAY 21 2001

| | | |
|---|---|---|
| 1. | Dennis Boyer<br><br>vs CV 00-1039 RHK/JMM<br>JURY<br><br>KRS Computer and Business School | John Murrin III<br>612-925-3202<br><br>Barry O'Neil<br>612-339-8131 |
| 2. | TRI, INC.<br><br>vs CV 00-1464 RHK/AJB<br>JURY<br><br>Boise Cascade Office Products Inc. etal | William Mavity<br>952-885-5600<br><br>John Harper<br>952-885-5999<br><br>Robert Reinhart<br>612-340-2600 |
| 3. | The Pillsbury Company<br><br>vs CV 00-1580 RHK/JMM<br>JURY<br><br>Lloyd's of London<br>etal | Jerry Snider<br>Deborah Ellingboe<br>612-336-3000<br><br>Joe Yang<br>612-337-9300<br><br>Neal Novak<br>312-425-2500<br><br>Bradley Jones<br>612-338-0661<br><br>Richard Mills<br>212-430-6377 |

| | | |
|---|---|---|
| 4. | Chad Scott Carlson<br><br>vs CV 00-1806 RHK/SRN<br>JURY<br><br>City of Minneapolis<br>etal | David Johnson<br>612-333-7155<br><br><br><br>Timothy Skarda<br>612-673-2010 |
| 5. | Paul David Dawson<br><br>vs CV 00-1807 RHK/SRN<br>JURY<br><br>City of Minneapolis<br>etal | David Johnson<br>612-333-7155<br><br><br><br>Timothy Skarda<br>612-673-2010 |
| 6. | Commodity Futures Trading<br>Commission<br><br>vs CV 00-2071 RHK/SRN<br>COURT<br><br>Pension American Inc. | Joan Humes<br>612-664-5600<br><br>Tammy Friederichs<br>952-920-8877<br><br>Susan Gradman<br>312-353-5990<br><br>Edward Kirris III<br>824 3rd St. W<br>Red Wing, MN 55066<br><br>Leonard Nauman<br>763-546-3857<br><br>William Relf<br>715-386-2985 |

| | | |
|---|---|---|
| 7. | Marcia M. Venne | Daniel O'Leary<br>651-222-2731 |
| | vs CV 99-1888 RHK/RLE<br>JURY<br>DULUTH | |
| | Komatsu LTD<br>etal | David Kelly<br>612-339-8682 |
| 8. | Eric Ringsred etc.<br>etal | Eric Ringsred<br>218-724-4243 |
| | vs CV 00-2241 RHK/RLE<br>JURY<br>DULUTH | |
| | City of Duluth,<br>etal | Mary Lutterman<br>218-723-3368 |
| | | Robert Torgerson<br>218-722-4766 |
| | | James Wade<br>218-722-6331 |
| 9. | Scott Stall | Randal LeNeave<br>612-339-4511 |
| | vs CV 00-1893 RHK/RLE<br>JURY<br>DULUTH | |
| | Burlington North Railroad<br>Company etc.<br>etal | Megan Ricke<br>651-223-800 |

| | | |
|---|---|---|
| 10. | United State of America | Lizabeth McKibben |
| | vs CV 00-617 RHK/RLE<br>COURT<br>FERGUS FALLS | |
| | Gateway Pentium 400 etc. | |
| | Jack Dean Trett | Jack Trett<br>218-444-2027 |
| 11. | Elvin Wright | Michael Rajkowski<br>320-251-1414 |
| | vs CV 00-731 RHK/RLE<br>JURY<br>Fergus Falls | |
| | Nordberg Inc. etc. | John McBride<br>612-339-8131 |
| | | Joseph Nicks<br>920-432-9300 |
| | etal | |
| | | Bradley Jones<br>612-338-0661 |
| 12. | United States of America | Mary Trippler<br>612-664-5600 |
| | vs CV 00-2166 RHK/RLE<br>COURT<br>Fergus Falls | |
| | Rory A. Grangruth<br>etal | Rory Grangruth<br>Michelle Grangruth<br>218-631-2033 |