**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

PENSION AMERICA, INC., et al.,

Defendants,

and

KIDZ FIRST INTERNATIONAL, INC.,

Relief Defendant.

Court File No. 00 Civ. 2071 RHK/SRN

**ORDER**

**IT IS HEREBY ORDERED** that:

1. The Fourth Request for Payment of Fees of the Limited Receiver, Greene Espel, P.L.L.P., in the amount of $2,196.23 is **GRANTED**.

2. In accordance with Paragraph 5 of the Consent Order entered on September 15, 2000 (Docket No. 19), the Limited Receiver shall be compensated "out of the funds now held by or in the possession or control of, or which may in the future be received by, the receivership estate . . . ."

Dated: May 26, 2001.

Richard H. Kyle
United States District Judge

FILED MAY 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK