**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

PENSION AMERICA, INC., et al.,

Defendants,

and

KIDZ FIRST INTERNATIONAL, INC.,

Relief Defendant.

Court File No. 00 Civ. 2071 RHK/SRN

**ORDER**

Before the Court is the motion of Greene Espel, P.L.L.P. for withdrawal as limited equity receiver for Kidz First International, Inc. (Kidz First) in this matter. The Court finds no further purpose would be served by Greene Espel's continuing as receiver for Kidz First.

Therefore, based upon the files, records and proceedings herein, it is hereby ORDERED that:

1. Greene Espel shall close Kidz First's business checking account (number 075-2286831) at Wells Fargo Bank Minnesota, N.A. Greene Espel shall be entitled to the *de minimus* remaining account balance.

2. After July 31, 2001, Greene Espel shall no longer be obligated to possess and preserve Kidz First's business records. Defendant Leonard Nauman shall make appropriate arrangements to take possession of the records by July 31, 2001. Greene Espel may dispose

FILED JUL 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

of all remaining records on August 1, 2001.

3. Greene Espel shall be authorized to take any further steps it deems reasonably necessary to wind up its responsibilities as receiver for Kidz First, after which its responsibilities with respect to this matter shall be deemed terminated without any further obligation.

Dated: July 17, 2001

Richard H. Kyle
United States District Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500