Cv 00-2071 RHK/SRN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR NOVEMBER, 2001 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning November 1, 2001. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED IN ACCORDANCE WITH THE SCHEDULE SET FORTH BELOW**:

By October 16, 2001:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By October 23, 2001:

(a) Responsive briefs to Motions in Limine;

(b) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(c) Replies to Trial Briefs.

FILED AUG 02 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

By October 29, 2001: Responses to the Written Objections.

**FILING OF THE FOREGOING MATERIALS SHALL BE IN ST. PAUL, MINNESOTA.**

Dated: August 2, 2001

RICHARD H. KYLE
United States District Judge

| | | |
|---|---|---|
| 1. | Dennis Boyer | John Murrin III<br>612-925-3202 |
| | vs CV 00-1039 RHK/JMM<br>JURY | |
| | KRS Computer and Business School | Barry O'Neil<br>612-339-8131 |
| 2. | TRI, INC. | William Mavity<br>952-885-5600 |
| | vs CV 00-1464 RHK/AJB<br>JURY | |
| | Boise Cascade Office Products Inc. etal | John Harper<br>952-885-5999<br><br>Robert Reinhart<br>612-340-2600 |
| 3. | The Pillsbury Company | Jerry Snider<br>Deborah Ellingboe<br>612-336-3000 |
| | vs CV 00-1580 RHK/JMM<br>JURY | |
| | Lloyd's of London<br>etal | Joe Yang<br>612-337-9300<br><br>Neal Novak<br>312-425-2500<br><br>Bradley Jones<br>612-338-0661<br><br>Richard Mills<br>212-430-6377 |

| | | |
|---|---|---|
| 4. | Chad Scott Carlson<br><br>vs CV 00-1806 RHK/SRN<br>JURY<br><br>City of Minneapolis<br>etal | David Johnson<br>612-333-7155<br><br>Timothy Skarda<br>612-673-2010 |
| 5. | Paul David Dawson<br><br>vs CV 00-1807 RHK/SRN<br>JURY<br><br>City of Minneapolis<br>etal | David Johnson<br>612-333-7155<br><br>Timothy Skarda<br>612-673-2010 |
| 6. | Commodity Futures Trading Commission<br><br>vs CV 00-2071 RHK/SRN<br>COURT<br><br>Pension American Inc. | Joan Humes<br>612-664-5600<br><br>Tammy Friederichs<br>952-920-8877<br><br>Susan Gradman<br>312-353-5990<br><br>Edward Kirris III<br>824 3rd St. W<br>Red Wing, MN 55066<br><br>Leonard Nauman<br>763-546-3857<br><br>William Relf<br>715-386-2985 |

| | | |
|---|---|---|
| 7. | Eric Ringsred etc.<br>etal | Eric Ringsred<br>218-724-4243 |
| | vs CV 00-2241 RHK/RLE<br>JURY<br>DULUTH | |
| | City of Duluth,<br>etal | Mary Lutterman<br>218-723-3368<br><br>Robert Torgerson<br>218-722-4766<br><br>James Wade<br>218-722-6331 |
| 8. | Scott Stall | Randal LeNeave<br>612-339-4511 |
| | vs CV 00-1893 RHK/RLE<br>JURY<br>DULUTH | |
| | Burlington North Railroad<br>Company etc.<br>etal | Megan Ricke<br>651-223-800 |
| 9. | United State of America | Lizabeth McKibben |
| | vs CV 00-617 RHK/RLE<br>COURT<br>FERGUS FALLS | |
| | Gateway Pentium 400 etc. | |
| | Jack Dean Trett | Jack Trett<br>218-444-2027 |

| | | |
|---|---|---|
| 10. | Elvin Wright | Michael Rajkowski<br>320-251-1414 |
| | vs CV 00-731 RHK/RLE<br>JURY<br>Fergus Falls | |
| | Nordberg Inc. etc. | John McBride<br>612-339-8131 |
| | | Joseph Nicks<br>920-432-9300 |
| | etal | Bradley Jones<br>612-338-0661 |
| 11. | United States of America | Mary Trippler<br>612-664-5600 |
| | vs CV 00-2166 RHK/RLE<br>COURT<br>Fergus Falls | |
| | Rory A. Grangruth<br>etal | Rory Grangruth<br>Michelle Grangruth<br>218-631-2033 |
| | | 612-664-5600 |

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500