**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Commodity Futures Trading
Commission,

Plaintiff,

v.

Civ. No. 00-2071 (RHK/SRN)
**ORDER**

Pension America, Inc., et al.,

Defendants,

and

Kidz First International, Inc.,

Relief Defendant.

---

By an Order dated November 27, 2000, the above-captioned matter is presently scheduled to be ready for trial as of November 1, 2001. Before the Court is the Plaintiff Commodity Futures Trading Commission's ("CFTC") Motion for Summary Judgment against Defendants Pension America, Inc., Leonard G. Nauman, and Futures Profit Making, LLC. That motion is scheduled for oral argument before the undersigned on October 17, 2001, at 8:00 a.m.

Based on the foregoing, and all of the files, records and proceedings herein, **IT IS ORDERED** that

(1) Plaintiff's Motion for Summary Judgment shall remain on the Court's calendar



FILED OCT 0 1 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

for a hearing on October 17, 2001, at 8:00 a.m.

(2) Defendants shall file and serve any memorandum in opposition to the CFTC's Motion for Summary Judgment no later than nine (9) calendar days before the October 17 hearing.

(3) Plaintiff shall file and serve any reply memorandum no later than five (5) calendar days before the October 17 hearing.

(4) The above-captioned matter is hereby removed from the November 1, 2001 trial calendar. The Court will set a new trial ready date and new deadlines for the submission of pre-trial materials at the October 17 hearing.

Dated: October 1, 2001

RICHARD H. KYLE
United States District Judge