UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

COMMODITY FUTURES TRADING COMMISSION,
Plaintiff,

vs

CV 00-2071 RHK/SRN

PENSION AMERICA INC.
FUTURES PROFIT MAKING, LLC
LEONARD G. NAUMAN
dba NAUMAN ADVISORY SERVICES
KIDZ FIRST INTERNATIONAL INC.

Defendants.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: October 21, 2001

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FILED OCT 25 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK