**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Commodity Futures Trading Commission,

Plaintiff,

Civ. No. 00-2071 (RHK/SRN)

v.

**ORDER**

Pension America, Inc.,
Futures Profit Making, LLC,
Leonard G. Nauman, d/b/a Nauman
Advisory Services,
Kidz First International, Inc.,

Defendants.

---

The Commodity Futures Trading Commission's request that the Court retain jurisdiction over this matter for an additional thirty (30) days from the time specified in the Court's October 25, 2001 Order of Dismissal is **GRANTED**.

Dated: November 16, 2001

RICHARD H. KYLE
United States District Judge

FILED NOV 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________