**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Commodity Futures Trading Commission,

Plaintiff,

Civ. No. 00-2071 (RHK/SRN)

v.

**ORDER**

Pension America, Inc.,
Futures Profit Making, LLC,
Leonard G. Nauman, d/b/a Nauman Advisory Services,
Kidz First International, Inc.,

Defendants.

---

Plaintiff has filed a Motion to Reopen it's Case Against Pension America, Inc., Leonard G. Nauman and Futures Profit Making, LLC and Reinstate its Motion for Summary Judgment.

According to the records of this Court, the matter was settled before Magistrate Judge Susan R. Nelson on October 3, 2001. The only conditional aspect of the settlement was the formal approval by Commodity Futures Trading Commission.

The present Motion is referred to Judge Nelson, who is directed to inquire why the Court, sua sponte, should not enter judgment in accordance with the October 3, 2001 Settlement Agreement and to make a recommendation to the undersigned with respect thereto.

Dated: December 18, 2001

RICHARD H. KYLE
United States District Judge

DEC 18 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK