UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Commodity Futures Trading Commission,

Plaintiff,

v.

Pension America, Inc.,
Futures Profit Making, LLC,
Leonard G. Nauman, d/b/a Nauman Advisory Services,
Kidz First International, Inc.,

Defendants.

Civ. No. 00-2071 (RHK/SRN)

**ORDER**

---

The Commodity Futures Trading Commission's December 21, 2001 letter request (attached) that the Court retain jurisdiction over this matter until March 31, 2002 is **GRANTED**.

Dated: December 26, 2001

RICHARD H. KYLE
United States District Judge

DEC 26 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**U.S. COMMODITY FUTURES TRADING COMMISSION**
300 South Riverside Plaza, Suite 1600 North
Chicago, Illinois 60606-6613
Telephone: (312) 353-5990
Facsimile: (312) 353-4502

Division of
Enforcement

December 21, 2001

Via Facsimile, Confirmed By First Class Mail

The Honorable Richard J. Kyle
764 Federal Court Building
316 North Robert Street
St. Paul, MN 55101

Re: CFTC v. Pension America, Inc. et al. Civil Action Number 00-2071 RHK/SRN

Dear Judge Kyle:

The Commodity Futures Trading Commission ("Commission" or "CFTC") has consulted with Magistrate Judge Susan Richard Nelson and she has determined to require the parties to appear before her to finalize and sign the proposed Consent Order of Permanent Injunction and Other Equitable Relief Against Leonard Nauman, Futures Profit Making, LLC and Pension America, Inc. ("Consent Order"). Magistrate Neslon indicated that due to her calendar, the conference would likely be held some time in February 2002.

As a result, since the conference will not be held until February 2002, in order to provide sufficient time for the parties to agree and sign the Consent Order, and file the Consent Order with the Court, the Commission requests that the Court retain jurisdiction over this matter until March 31, 2001.

Sincerely,

Susan J. Gradman
Trial Attorney

cc: Clerk of the Court
Magistrate Judge Susan Richard Nelson
Leonard G. Nauman, pro se
Pension America, Inc., pro se
Futures Profit Making, LLC, pro se