UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Commodity Futures Trading Commission,

Plaintiff,

v.

Pension America, Inc., Selective Futures Management, LLC, Futures Profit Making LLC, Specialized Commodity Timing, Llc. Commodity Timing Specialists, LLC, Edward Stevenson Kirris III, Leonard G. Nauman d/b/a Nauman Advisory Services and William Relf,

Defendants,

and

Kidz First International, Inc.

Relief Defendant.

Civil 00-2071 RHK/SRN

**NOTICE OF STATUS CONFERENCE**

---

Susan J. Gradman, Esq., on behalf of Commodity Futures Trading Commission.

Leonard G. Nauman, Pro Se, on behalf of Leonard G. Nauman, Pension America, Inc. and Futures Profit Making, LLC.

---

SUSAN RICHARD NELSON, United States District Court Judge

You are hereby given notice that a Status Conference in the above-captioned matter will be held in Courtroom 230 at 242 U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, on **February 27, 2002, at 1:30 p.m.** before United States Magistrate Judge Susan Richard Nelson to discuss the status of compliance with the settlement terms in this matter.

JAN 0 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: January 8, 2002

Susan Richard Nelson
United States Magistrate Judge