**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

vs. CV 00-2071 RHK/SRN

LEONARD G. NAUMAN,
dba Nauman Advisory Services,

Defendant.

**NOTICE OF MOTION HEARING**

Plaintiff's Motion for Contempt is re-scheduled to November 22, 2002, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

October 18, 2002

RICHARD SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht
Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

FILED OCT 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK